IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Allan Michael Rudd, #75370-004,          ) | |
| )                                         | C.A. No. 9:07-252-HMH |
| Petitioner,          )                    | |
| )                                         | |
| vs.                                     ) | **OPINION AND ORDER** |
| )                                         | |
| Donald Bauknecht,                         ) | |
| Warden FCI Williamsburg,                  ) | |
| )                                         | |
| Respondent.          )                    | |

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge George C. Kosko, made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1) (2006).

The Petitioner filed no objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Kosko's Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that the petition [1] pursuant to § 2241 is dismissed as moot. It is further

**ORDERED** that the Petitioner's motion to strike [9], the Respondent's motion to dismiss [12], the Petitioner's motion for partial summary judgment [14], the Petitioner's motion for clarification [19], the Petitioner's second motion to strike [24], the Petitioner's third motion to strike [26], and the Petitioner's motion to transmit portion of record [36], are all denied as moot.

**IT IS SO ORDERED.**

                                                s/Henry M. Herlong, Jr.
                                                United States District Judge

Greenville, South Carolina
January 2, 2008

### NOTICE OF RIGHT TO APPEAL

The Petitioner is hereby notified that he has the right to appeal this order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.